# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

BRINAH MILSTEIN, individually and as Trustee of GLORY OF THE SNOW 1031 TRUST, a California Trust, and ROY BANK, an individual,

       Plaintiffs,

  vs.

THE CITY OF LOS ANGELES, a Municipal Corporation and Charter City, and KAREN BASS, in her official capacity as Mayor of Los Angeles,

       Defendants.

**CASE NO: 2:26-cv-00747-PA-MBK**
The Honorable Percy Anderson

**ORDER GRANTING PARTIES' STIPULATED BRIEFING SCHEDULE**

**Complaint Served: January 27, 2026**
**First Amend. Compl. Served: May 26, 2026**
**Response Due: July 17, 2026**

1

**[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION FOR BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**

Having considered the Parties Joint Stipulation for Briefing Schedule on Defendants' Motion to Dismiss, the Court hereby GRANTS the Joint Stipulation, and ORDERS as follows:

1. The City shall file its Motion to Dismiss by July 17, 2026;

2. Plaintiffs shall file their opposition papers by August 21, 2026;

3. The City shall file its Reply by September 11, 2026; and

4. The hearing on the Motion to Dismiss is scheduled for September 28, 2026, at 1:30 p.m.

**IT IS SO ORDERED.**

**DATED:** July 14, 2026

**PERCY ANDERSON**
**UNITED STATES DISTRICT JUDGE**

---

**[PROPOSED] ORDER GRANTING PARTIES' JOINT STIPULATION FOR BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS**