**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

BRINAH MILSTEIN, et al.,

Plaintiffs,

v.

CITY OF LOS ANGELES, et al.,

Defendants.

Case No. CV 26-747 PA (MBKx)

JUDGMENT OF DISMISSAL

Pursuant to the Court's September 29, 2026 Minute Order granting the Motion to Dismiss filed by defendant City of Los Angeles,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed with prejudice and without leave to amend. Defendant is awarded their costs of suit.

DATED: September 30, 2026

Percy Anderson
UNITED STATES DISTRICT JUDGE